IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

SANDRA ROSS,

    Plaintiff,

v.

                              Case No. 3:16-cv-8635
                              Judge Robert C. Chambers

FIRST NATIONAL BANK OF OMAHA,

    Defendant.

## AGREED DISMISSAL ORDER

On this day came Plaintiff Sandra Ross, by counsel, and Defendant First National Bank of Omaha (collectively, the "Parties"), by counsel, and informed this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Court to dismiss, with prejudice, all claims regarding the matter at issue in this litigation.

This Court, being advised of the settlement and compromise of all the claims listed above, does hereby **ORDER** that all claims in the above-styled civil action are **DISMISSED WITH PREJUDICE**. This case shall be stricken from the docket of the Court.

The Clerk is directed to send a certified copy of this Agreed Dismissal Order to counsel of record listed below.

Enter this _5th_ day of October 2017.

                                                  _____
                                              Honorable Robert C. Chambers

Prepared by: Agreed to by:

/s/ Andrew C. Robey  
Julia A. Chincheck (WVSB #718)  
J. Mark Adkins (WVSB #7414)  
Andrew C. Robey (WVSB #12806)  
BOWLES RICE LLP  
Post Office Box 1386  
Charleston, West Virginia 25325-1386  
Telephone: (304) 347-1100  
***Counsel for First National Bank of Omaha***

/s/ Megan Patrick  
Benjamin Sheridan (WVSB #11296)  
Megan Patrick (WVSB #12592)  
KLEIN AND SHERIDAN, LC  
3566 Teays Valley Road  
Hurricane, West Virginia 25526  
Telephone: (304) 562-7111  
***Counsel for Sandra Ross***

Cory J. Rooney (PHV-27639)  
1299 Farnam Street, Suite 300  
Omaha, Nebraska 68102  
Telephone: (402) 933-9865  
Facsimile: (402) 401-2701  
***Pro Hac Vice Counsel for First National Bank of Omaha***

9258095.1